HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RICARDO SOLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO SOLANO,<br><br>Defendant. | Case No. 6:18-mj-00015-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING; ORDER** |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Ricardo Solano, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for August 12, 2020.

On September 19 2018, the Honorable Jeremy D. Peterson sentenced Mr. Solano to a term of 24 months unsupervised probation, 40 days in custody and to pay a special assessments totaling $30.00.  Mr. Solano is in compliance with all terms of probation. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate probation.  The government does not object.

//

//

//

| | |
|---|---|
| | Respectfully submitted, |
| | |
| | McGREGOR W. SCOTT |
| | United States Attorney |
| Dated: August 6, 2020 | */s/ Sean Anderson* |
| | Sean Anderson |
| | Acting Legal Officer |
| | National Park Service |
| | Yosemite National Park |
| | |
| | HEATHER E. WILLIAMS |
| | Federal Defender |
| | |
| Dated: August 6, 2020 | */s/ Benjamin A. Gerson* |
| | BENJAMIN A. GERSON |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| | RICARDO SOLANO |

**O R D E R**

Based on the parties' joint representation that Mr. Solano is in compliance with the conditions of his probation, the court vacates the review hearing in case 6:18-mj-00015-JDP scheduled for August 12, 2020, at 10:00 a.m. and terminates Mr. Solano's term of probation.

IT IS SO ORDERED.

Dated:  August 10, 2020

_____
UNITED STATES MAGISTRATE JUDGE